IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02131-WJM-BNB

NED PRATHER,
PRATHER OUTFITTERS, INC.,
RICHARD L. PRATHER,
WILLIAM LYLE PRATHER,
DONNA KOEHLER, and
JOJO PROPERTIES, LLC, a Colorado limited liability company,

Plaintiffs,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC.,

Defendants.

---

**ORDER**

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before March 31, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 28, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge