**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02131-WJM-BNB

NED PRATHER,
PRATHER OUTFITTERS, INC.,
RICHARD L. PRATHER,
WILLIAM LYLE PRATHER,
DONNA KOEHLER, and
JOJO PROPERTIES, LLC, a Colorado limited liability company.

    Plaintiffs,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed April 12, 2011 (ECF No. 42).  The Court being fully advised, hereby ORDERS as follows:

The parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his, her or its own attorney's fees and costs pursuant to the terms of the Settlement Agreement of the parties.

Dated this 14th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge